# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

147314(55)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

COUNTY OF LENAWEE,
               Plaintiff-Appellant,

v

                                             SC: 147314
                                             COA: 311255
DAVID WAGLEY, BARBARA
WAGLEY, BANK OF LENAWEE,
and PAVILLION MORTGAGE,
               Defendants-Appellees.

                                             Lenawee CC: 05-001960-CC

_____/

       On order of the Court, the motion for reconsideration of this Court's November 25, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



                                        Clerk

p0224